## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: _____ |
| DANIEL A. PALLEN | : | VIOLATIONS:<br>26 U.S.C. § 7201 (tax evasion – 1 count) |
| | : | 18 U.S.C. § 1341 (mail fraud – 1 count)<br>18 U.S.C. § 2 (aiding and abetting) |
| | : | |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

### BACKGROUND

1.      Defendant DANIEL A. PALLEN filed federal individual income tax returns, Forms 1040, for tax years 2013 through 2020 and 2022.

2.      Despite self-reporting taxes due and owing for each of these tax years, defendant DANIEL A. PALLEN did not make the required tax payments to the Internal Revenue Service (the "IRS") for tax years 2013 through 2018, 2020, and 2022.

3.      From in or about 2013 to in or about 2024, defendant DANIEL A. PALLEN mailed numerous letters to the IRS in which he acknowledged or referenced his federal tax liabilities.

4.      As of November 2024, defendant DANIEL A. PALLEN owed hundreds of thousands of dollars in federal income taxes in connection with tax years 2013 through 2018, 2020, and 2022.

5.    From in or about November 2024 to in or about February 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

**DANIEL A. PALLEN**

a resident of Delaware County, Pennsylvania, willfully attempted to evade payment and defeat a large part of the tax due and owing by him to the United States of America for the calendar years 2013, 2014, 2015, 2016, 2017, 2018, 2020, and 2022 through various means and affirmative acts, including:

a.    signing and mailing to the IRS approximately 14 fictitious "certified funds" checks from "Daniel A. Pallen" to the United States Treasury, totaling approximately $294,454.52, all of which listed a bank routing number associated with the Federal Reserve Bank and a false bank account number that was the defendant's social security number;

b.    submitting to the IRS approximately 14 Form 1040-V payment vouchers accompanying the fictitious checks, designating the $294,454.52 in checks towards the taxes due and owing by the defendant for Tax Years 2013, 2014, 2015, 2016, 2017, 2018, 2020, and 2022;

c.    calling the IRS to ask whether the 14 checks had been received and to inquire why the corresponding payments had not been applied to his tax liabilities.

In violation of Title 26, United States Code, Section 7201.

Case 2:26-cr-00335-GAW    Document 1    Filed 07/24/26    Page 3 of 8

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

### BACKGROUND

1.  Defendant DANIEL A. PALLEN was a licensed and practicing attorney based in Media, Pennsylvania, and the owner of a law firm, The Law Offices of Daniel A. Pallen P.L.L.C. ("Pallen Law").

2.  Defendant DANIEL A. PALLEN served as the Administrator and Trustee for Diamond Settlement Trust ("DST"), which maintained the same address as Pallen Law.

### THE SCHEME

3.  From in or about September 2024 to in or about February 2026, in the Eastern District of Pennsylvania, and elsewhere, defendant

### DANIEL A. PALLEN

together with another person known to the United States Attorney, devised and intended to devise a scheme to defraud Company A and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

### MANNER AND MEANS

It was part of the fraud scheme that:

4.  On or about September 13, 2024, defendant DANIEL A. PALLEN placed an order for the purchase of a new 2024 model electric utility truck, with pickup from Company A's location in West Chester, Pennsylvania. Defendant PALLEN also paid a $250 order fee.

5.  On October 7, 2024, defendant DANIEL A. PALLEN requested that Company A register the electric utility truck in the name of DST and emailed Company A with documentation related to his status as Trustee for DST.

3

6. On October 8, 2024, defendant DANIEL A. PALLEN provided Company A with a fictitious "cashier's check" from DST and signed by defendant PALLEN, in the amount of $129,710.51. Defendant PALLEN also signed a motor vehicle purchase agreement and related title and purchasing documents, and drove away from Company A's West Chester location with the electric truck.

7. The $129,710.51 check that defendant DANIEL A. PALLEN signed and provided to Company A to pay for the electric utility truck was fraudulent and forged; the account and routing numbers listed on the check belonged not to DST or to defendant PALLEN, but to Company A's own bank account with a third-party financial institution.

8. The purchase documents signed by defendant DANIEL A. PALLEN on or about October 8, 2024, caused the Commonwealth of Pennsylvania to issue and mail out a Certificate of Title for the electric utility truck that listed defendant PALLEN as the owner.

9. On or about October 25, 2024, approximately one week after the electric utility truck had been returned to Company A due to nonpayment, defendant DANIEL A. PALLEN called Company A to claim his continued ownership of the truck, and emailed Company A a copy of the vehicle's title that listed defendant PALLEN as the owner.

10. On or about October 30, 2024, a UCC-1 Financing Statement was filed electronically in West Virginia under the name of "Daniel A. Pallen, TTEE" on behalf of DST, which stated that Company A and Company A's financial institution were debtors to DST.

11. On or about October 31, 2024, an Amended UCC-1 Financing Statement was filed electronically in West Virginia under the name of "Daniel A. Pallen," which claimed that DST had a security interest in the electric utility truck.

12. On or about November 1, 2024, several individuals visited Company A's West Chester location to claim ownership of the electric utility truck and request that Company A return the vehicle based on the title and bill of sale to defendant DANIEL A. PALLEN.

13. On or about November 8, 2024, defendant DANIEL A. PALLEN and Pallen Law filed a civil lawsuit related to the electric utility truck on behalf DST against Company A in the Chester County Court of Common Pleas. This lawsuit, which was signed and verified by defendant PALLEN, contained incomplete and misleading statements about DST's claimed ownership and right to the truck, and sought the "immediate return" of the vehicle, along with costs and attorneys' fees.

14. The lawsuit verified by defendant DANIEL A. PALLEN also attached a false Form 1099-A (Acquisition or Abandonment of Secured Property) for tax year 2023, which claimed that Company A had borrowed $129,710.51 from "Diamond Settlement Trust c/o Dan A. Pallen, TTEE."

15. On or about November 8, 2024, defendant DANIEL A. PALLEN caused the DST lawsuit to be served on Company A in Austin, Texas via U.S. Certified Mail from Media, Pennsylvania.

16. On or about December 4, 2024, defendant DANIEL A. PALLEN caused a Notice of Default to be served on Company A in Austin, Texas via U.S. Certified Mail from Media, Pennsylvania.

17. On or about December 16, 2024, defendant DANIEL A. PALLEN and Pallen Law filed or attempted to file a praecipe for default judgment on behalf of DST against Company A in Chester County Court of Common Pleas, which sought possession of the electric utility truck along with a money judgment against Company A in the amount of $122,594.80.

18.     On or about January 2, 2026, defendant DANIEL A. PALLEN on behalf of DST signed a quitclaim bill of sale and assignment of title that transferred and assigned DST's right and title in the fraudulently purchased electric utility truck to Lasagna, LLC, in exchange for $10.00.

19.     On or about February 20, 2026, Lasagna LLC emailed Company A and demanded the immediate release of the electric utility truck to Lasagna LLC on the basis that Company A did not lawfully possess title to the vehicle, and that Lasagna LLC was the "sole legal owner" of the truck based on DST's assignment of title.

20.     Defendant DANIEL A. PALLEN conducted and participated in the fraud scheme from Media, Pennsylvania, and used the U.S. mail system to advance, further, and carry out the scheme.

## MAILING

21.     On or about November 8, 2024, in the Eastern District of Pennsylvania, defendant

## DANIEL A. PALLEN,

for the purpose of executing the scheme described above, and aiding and abetting its execution, knowingly caused to be delivered by certified U.S. mail according to the directions thereon, a large envelope containing a civil lawsuit, from Pallen Law in Media, Pennsylvania, to Company A in Austin, Texas, which falsely represented that Company A unlawfully possessed and had no ownership, right, or title to the electric utility truck purchased by DST on or about October 8, 2024, when, in fact, the defendant knew that DST's claim to that truck was based on a bounced check that was forged and fictitious.

6

In violation of Title 18, United States Code, Sections 1341 and 2.

*Salvatore L. Astolfi for*

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

DANIEL A. PALLEN

INFORMATION

Counts
26 U.S.C. § 7201 (tax evasion – 1 count)
18 U.S.C. § 1341 (mail fraud – 1 count)
18 U.S.C. § 2 (aiding and abetting)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____